UNITED STTES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:             *     CASE NO.: 12-01863-MCF

**CARLOS A. GONZALEZ RIVERA**     *

              *     **CHAPTER 13**

**DEBTOR**              *

* * * * * * * * * * * * * * * * * * * * * * * * *

### * MOTION TO AMENDED PLAN *

**TO THE HONORABLE COURT:**

Comes now debtor represented by the undersigned attorney and set forth follows:

1. Attached is an amended plan dated April 23, 2012 which increase the base up to $135,000.00.

**WHEREFORE,** debtor pray this Honorable Court allow the amended plan.

### * NOTICE TO CREDITORS AND PARTIES IN INTEREST *

Notice is hereby given that today debtors filed with the Clerk of the Court the attached amended Chapter 13 Plan.

A hearing on confirmation will be held on May 25, 2012 at 1:30 p.m., US Post Office and Courthouse Building, Third Floor, Courtroom 3, Old San Juan, Puerto Rico.

**CERTIFY:** I hereby certify that today I sent copy of this motion to Alejandro Oliveras, Trustee; and to all creditors listed in the Master Address List.

In Coamo, Puerto Rico, this 23 day of April 2012.

S/JORGE RAFAEL COLLAZO SANCHEZ
ATTORNEY FOR DEBTORS
USDC-PR: 127203
PO BOX 1494
COAMO PR 00769
TEL: (787) 825-7161
FAX: (787) 825-7122

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                              Case No. _____

**GONZALEZ RIVERA, CARLOS ALBERTO**                         Chapter **13**
                          Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____           ☑ AMENDED PLAN DATED: **4/23/2012**
    ☑ PRE ☐ POST-CONFIRMATION            Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **250.00** x **60** = $ **15,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **15,000.00**

Additional Payments:
$ **80,000.00** to be paid as a LUMP SUM within **36 months** with proceeds to come from:

☑ Sale of Property identified as follows:
**10 CUERDAS AT BO RONCADOR, UTUADO PR (36 MONTHS BEGIN AFTER CONFIRMATION OF PLAN)**
☐ Other:

**BEGINING APRIL 30, 2013**
Periodic Payments to be made other than, and in addition to the above:
$ **8,000.00** x **5** = $ **40,000.00**

PROPOSED BASE: $ **135,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,000.00**

Signed: **/s/ CARLOS ALBERTO GONZALEZ RIVE**
         Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **USDA (FSA)**    Cr. **USDA (FSA)**    Cr. **USDA (FSA)**
# **63-15-0072 (44-03)**   # **63-015-0072 (43-04)**   # **63-15-0072 (43-05)**
$ **1,500.00**    $ **20,000.00**    $ **10,000.00**
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**USDA (FSA)**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**ANY POST PETITION INCOME TAX REFUND THAT THE DEBTOR(S) WOULD E ENTITLED TO RECEIVE DURING THE TERM OF THE PLAN WILL BE USED TO FUND THIS PLAN. AFTER ITS CONFIRMATION, AND WITHOUT FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE, IN AN AMOUNT EQUAL TO THE AMOUNT OF EACH INCOME TAX REFUND.**

**FIVE ANNUAL PAYMENTS OF $8,000.00 EACH WILL COME FROM SALE OF CITRUS (ORANGES)**

Attorney for Debtor **Jorge R. Collazo Sanchez** _____ Phone: **(787) 825-7161**

AMENDED CHAPTER 13 PAYMENT PLAN