### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

IN RE: \* CASE NO.: 12-01863-MCF

CARLOS ALBERTO GONZALEZ RIVERA

**DEBTOR** \* CHAPTER 13

### \* MOTION TO AMEND PLAN \*
### (POST CONFIRMATION)

**TO THE HONORABLE COURT:**

Comes now debtor represented by the undersigned attorney and set forth follows:

1. On December 6, 2012 this Honorable Court enter dated October 23, 2012. That plan proposed (5) five periodic payments of $8,000.00 each every April 30, 2014.

2. Debtor's agricultural operation was not enough to produce the $8,000.00 proposed to be paid on April 30, 2013. In order to comply with the chapter 13 plan payments, attach is an amended plan dated July 8, 2013 which prorates the 2013 payment within the next four years; the amended plan proposes (4) four payments of $10,000.00 each incomes to come from the sale of citrus.

**WHEREFORE,** debtor pray this Honorable Court allow and confirm the amended plan dated July 8, 2013.

### \* NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST \*

Notice is hereby given that today debtors filed with the Clerk of the Court the attached amended Chapter 13 Plan.

**(21) TWENTY DAYS NOTICE AND CERTIFICATE OF SERVICE:** Pursuant to Local Rule debtors certifies that copy of this motion has been served by regular US mail on this same date to: Chapter 13 Trustee, US Trustee's Office, and to all creditors and attorneys in record, and are hereby notified that unless an opposition to this motion is submitted in writing within (21) days from the date appearing in the certificate of service, infra, the Court may grant this motion without the need of an actual hearing. Pursuant to Fed. Rule Bank. P. 9006 (f) if you were served by mail, you have (3) three additional days to respond.

-2-

If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFY:** I hereby certify that copy of this motion to Alejandro Oliveras, Trustee; and to all creditors and parties in interest.

In Coamo, Puerto Rico, this 8 day of July 2013.

                                            S/JORGE RAFAEL COLLAZO SANCHEZ
                                            ATTORNEY FOR DEBTOR
                                            USDC-PR: 127203
                                            PO BOX 1494
                                            COAMO, PR 00769
                                            TEL.: (787) 825-7161
                                            FAX : (787) 825-7122

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:      Case No. **12-01863**

**GONZALEZ RIVERA, CARLOS ALBERTO**
Debtor(s)      Chapter **13**

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **7/08/2013**
☐ PRE ☑ POST-CONFIRMATION      Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **250.00** x **60** = $ **15,000.00**
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ **15,000.00**

Additional Payments:
$ **93,000.00** to be paid as a LUMP SUM within **36 months** with proceeds to come from:

☑ Sale of Property identified as follows:
**10 CUERDAS AT BO RONCADOR, UTUADO PR (36 MONTHS BEGIN AFTER CONFIRMATION OF PLAN)**
☐ Other:

**BEGINING APRIL 30, 2014**
Periodic Payments to be made other than, and in addition to the above:
$ **10,000.00** x **4** = $ **40,000.00**

PROPOSED BASE: $ **148,000.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **USDA (FSA)**   Cr. **USDA (FSA)**   Cr. ____
# **7**   # **8**   # ____
$ **2,068.00**   $ **62,469.00**   $ ____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **CRIM**   Cr. ____   Cr. ____
# **9**   # ____   # ____
$ **776.27**   $ ____   $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____   Cr. ____   Cr. ____
# ____   # ____   # ____
$ ____   $ ____   $ ____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: ____
5. ☐ Other: ____
6. ☑ Debtor otherwise maintains regular payments directly to:
**USDA (FSA)**    **USDA (FSA)**    **A.S.U.M.E**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)

D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____
☐ Paid 100% / ☐ Other: ____
Cr. ____   Cr. ____   Cr. ____
# ____   # ____   # ____
$ ____   $ ____   $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,000.00**
ADDITIONAL ATTORNEY FEES: **$300.00**

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
ANY POST PETITION INCOME TAX REFUND THAT THE DEBTOR(S) WOULD E ENTITLED TO RECEIVE DURING THE TERM OF THE PLAN WILL BE USED TO FUND THIS PLAN. AFTER ITS CONFIRMATION, AND WITHOUT FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE, IN AN AMOUNT EQUAL TO THE AMOUNT OF EACH INCOME TAX REFUND.

FOUR ANNUAL PAYMENTS OF $10,000.00 EACH WILL COME FROM SALE OF CITRUS (ORANGES)

DEBTOR WILL UTILIZE HIS HOMESTEAD EXEMPTION, IF NECESSARY TO MAKE THE LUMP SUM FEASIBLE.

Signed: **/s/ CARLOS ALBERTO GONZALEZ RIVE|**
Debtor

_____
Joint Debtor

Attorney for Debtor **Jorge R. Collazo Sanchez**      Phone: **(787) 825-7161**

AMENDED CHAPTER 13 PAYMENT PLAN